UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
MOISHE LEBOVITS

· 15 CV 4953 (SJ) (RLM)

Plaintiff,

-against-

SCHERR & MCCLURE, P.A.

Defendant.

-------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, being that that the matter is resolved, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


/S/ USDJ STERLING JOHNSON, JR.
U.S.D.J.